626

474 A.2d 649

Commonwealth v. Brown, Appellant.

Submitted November 18, 1983. Eric L. Lilian, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.

474 A.2d 649

Commonwealth v. Caesar, Jr., Appellant.

Submitted November 18, 1983. Wallace L. Walker, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Order affirmed.